**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Beytullah Tekmen,

Petitioner,

v.

Eric Rokosky,

Respondent.

No. CV-26-04684-PHX-MTL

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) On July 6, 2026, pursuant to General Order 26-09, the Court ordered Respondent to show cause why the Petition should not be granted. (Doc. 3.) Then, on July 10, 2026, the Court entered an order denying the Petition, and judgment was entered the same day. (Docs. 6, 7.) On July 15, 2026, Respondent filed a Response stating, "Respondent does not oppose Petitioner's request for release at this time." (Doc. 8.)

In light of Respondent's concession that he does not oppose granting the Petition, the Court will vacate judgment, grant the Petition, and order Respondent to release Petitioner.

**IT IS ORDERED:**

(1) The Court's July 10, 2026 Order (Doc. 6) and the Clerk's Judgment entered on July 10, 2026 (Doc. 7) are **vacated** and this case is **reopened**.

(2) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the Petition is denied as moot.

(3) Respondent must immediately release Petitioner from custody under the same conditions that existed before his detention.

(4) Respondent must provide a notice of compliance within **two days** of Petitioner's release.

(5) The Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 15th day of July, 2026.

Michael T. Liburdi

Michael T. Liburdi
United States District Judge